**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
cory@lagomarsinolaw.com
*Attorneys for Plaintiffs Marcrea Development LLC and Robert Martin*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARCREA DEVELOPMENT LLC, a Domestic Limited-Liability Company; ROBERT MARTIN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BOULDER CITY, a Nevada municipal corporation; ALFONSO NOYOLA, an individual; STEVE MORRIS, an individual; TIMOTHY SHEA, individually; DOES I – X, inclusive; and ROE CORPORATIONS I – X, inclusive,<br><br>Defendants. | CASE NO.:   2:20-cv-01288-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES TO DEFENDANTS' MOTION TO DISMISS (ECF NO. 10)**<br><br>*(First Request)* |

WHEREAS Defendants the City of Boulder City, Alfonso Noyola, Steve Morris, and Timothy Shea collectively filed a Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 10).

Pursuant to Local Rule IA 6-1(a), the parties hereby stipulate to extend the deadlines for Plaintiffs to file their Response; and Defendants to file their Reply to Plaintiffs' Response.  The current deadline for Plaintiffs to respond to Defendants' Motion to Dismiss is August 13, 2020. The new deadline for Plaintiffs to respond to Defendants' Motion to Dismiss will be August 27, 2020. The current deadline for Defendants to file their Reply is August 20, 2020. The new deadline for Defendants to file their Reply will be September 10, 2020.

Good cause exists because one (1) of plaintiffs' associate attorneys has suddenly been quarantined due to a possible exposure to COVID-19. As a firm of only three (3) attorneys, the attorney that was tasked with drafting the response brief has had to cover the caseload for the quarantined attorney, resulting in a delay to draft the response brief. This unexpected coverage includes coverage for multiple depositions and deposition preparation during the time that would have been allocated for drafting the response brief. Furthermore, each brief requires a thorough and thoughtful response from all parties.

This extension is the first request for an extension and is not submitted for the purpose of delay.

DATED this 10th day of August, 2020.

**LAGOMARSINO LAW**

  /s/ Andre M. Lagomarsino
Andre M. Lagomarsino, Esq. (#6711)
Cory M. Ford, Esq. (#15042)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
*Attorneys for Plaintiffs Marcrea Development LLC and Robert Martin*

DATED this 10th day of August, 2020.

**DICKINSON WRIGHT PLLC**

  /s/ Brooks T. Westergard
Cynthia L. Alexander, Esq. (#6718)
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Brooks T. Westergard, Esq. (#14300)
100 West Liberty Street, Suite 940
Reno, Nevada 89051
*Attorneys for Defendants The City of Boulder City, Alfonso Noyola, Steve Morris, and Timothy Shea*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: August 10, 2020