**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARCREA DEVELOPMENT LLC, et al., | Case No. 2:20-CV-1288 JCM (BNW) |
| Plaintiff(s), | ORDER |
| v. | |
| CITY OF BOULDER CITY, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Marcrea Development LLC v. The City of Boulder City et al*, case number 2:20-cv-01288-JCM-BNW. As part of their emergency motion to remand based on abstention, plaintiffs attached their ex parte application for a TRO filed in state court which asked that court to "be apprised that the facts of this case are similar to another case involving other hangar owners for the Ground Lease and Defendant in front of the Honorable District Court Judge Nancy Allf ("Judge Allf"). *See BAC Services, LLC, et al. v. The City of Coulder City et al.*, No. A-20-816602-B." (ECF No. 3-2 at 6).

The court believes that being apprised of the above case would aid it in resolving defendants' pending motion to dismiss. (ECF No. 10). Therefore, plaintiffs shall submit to this court in electronic PDF format all motions, orders, and opinions filed in *BAC Services, LLC, et al. v. The City of Coulder City et al.*, No. A-20-816602-B, within seven (7) days of the entry of this order.

IT IS SO ORDERED.

DATED December 18, 2020.

_____
UNITED STATES DISTRICT JUDGE